THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALOME AGUAYO-BECERRA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ASH GROVE CEMENT COMPANY, a Delaware corporation; GOODMAN CONVEYOR COMPANY; and JOHN DOES 2-12,<br><br>　　　　　　　Defendants. | CASE NO. C15-1561-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulated motion to dismiss Defendants FLSmidth A/S and FLSmidth USA, Inc. Mineral Processing from this case (Dkt. No. 56). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this stipulated dismissal is self-executing. And, unless the stipulation states otherwise—which it does not do so here—the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the stipulated motion (Dkt. No. 56) is GRANTED. The claims against Defendants FLSmidth A/S and FLSmidth USA, Inc. Mineral Processing are hereby DISMISSED without prejudice and without an award of costs or attorney fees to either party. FLSmidth Inc. remains as the only FLSmidth-entity-related defendant.

1   DATED this 24th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C15-1561-JCC
PAGE - 2