THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALOME AGUAYO-BECERRA,<br><br>               Plaintiff,<br><br>    v.<br><br>ASH GROVE CEMENT COMPANY, a Delaware corporation; GOODMAN CONVEYOR COMPANY; and JOHN DOES 1-12,<br><br>               Defendants. | CASE NO. C15-1561-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the motion to continue trial by Defendant TPI Engineered Systems Inc. (Dkt. No. 64), to which the parties have stipulated. (*See* Dkt. No. 68.)

The parties have requested a trial day of May 7, 2018, or later. (*Id.* at 1.) However, given the slow pace of this case so far, the Court deems such an extension too long.[1] **Instead, the Court CONTINUES the jury trial in this case from September 11, 2017 to Monday, January 29, 2018 at 9:30 a.m.**

---

[1] The Court acknowledges that TPI was added as a Defendant later than others, in November 2016. (*See* Dkt. No. 68 at 2.) Although the Court is not providing as much additional time as requested, a January 2018 trial date would still give TPI over a year to prepare for trial.

MINUTE ORDER, C15-1561-JCC
PAGE - 1

In addition, the Court ORDERS Plaintiff Salome Aguayo-Becerra to show cause why the Court should not dismiss the claims against those Defendants who have not appeared—or have not been identified—for failure to prosecute.[2] **Plaintiff shall show cause or take action as to those Defendants within 14 days of this order or those Defendants will be dismissed from this case without prejudice.**

The Clerk is DIRECTED to terminate Docket Number 64.

DATED this 13th day of March 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

---

[2] Currently the docket reflects that Defendants John Doe 11 and John Doe 12 have not been identified and Defendants Joy Global, Inc., Continental Conveyor & Equipment Co., Transmission Products, Inc., and N.E.S. Investment Co. have not appeared.