THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALOME AGUAYO-BECERRA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ASH GROVE CEMENT COMPANY, a Delaware corporation; GOODMAN CONVEYOR COMPANY; and JOHN DOES 1-12,<br><br>　　　　　　　Defendants. | CASE NO. C15-1561-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Given the new trial date of Monday, January 29, 2018, the case schedule deadlines are hereby AMENDED as follows:

| | |
|---|---|
| Pleading Amendments/Third Party Action | May 26, 2017 |
| Expert Witness Disclosure | July 28, 2017 |
| Discovery Cut-Off | September 29, 2017 |
| Dispositive Motions | October 27, 2017 |

| 39.1 Mediation | December 15, 2017 |
|---|---|
| Plaintiff's Pretrial Statement | December 22, 2017 |
| Defendants' Pretrial Statement | January 2, 2018 |
| Conference of Counsel re: Pretrial Statement | January 12, 2018 |
| Pretrial Order, Motions in Limine, Proposed Voir Dire, Proposed Jury Instructions, Proposed Verdict Forms<br><br>NOTE: Regarding the proposed jury instructions, the parties shall indicate which instructions they agree upon and which instructions are contested, along with the basis for challenging each contested instruction. | January 22, 2018 |
| Responses/Objections to Pretrial Filings | January 25, 2018 |

DATED this 14th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
