THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALOME AGUAYO-BECERRA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ASH GROVE CEMENT COMPANY, a Delaware corporation; GOODMAN CONVEYOR COMPANY; and JOHN DOES 1-12,<br><br>                    Defendants. | CASE NO. C15-1561-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 13, 2017, the Court ordered Plaintiff Salome Aguayo-Becerra to show cause why the Court should not dismiss the claims against those Defendants who have not appeared—or have not been identified—for failure to prosecute. (Dkt. No. 69 at 2.) The Court gave Plaintiff 14 days to show cause or take action as to those Defendants. (*Id.*) Plaintiff did not do so.

Accordingly, the following Defendants are hereby DISMISSED without prejudice for failure to prosecute: Joy Global, Inc.; Continental Conveyor & Equipment Co.; Transmission Products, Inc.; N.E.S. Investment Co.; John Doe 11; and John Doe 12.

//

DATED this 28th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk