THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SALOME AGUAYO-BECERRA, <br><br> Plaintiff, <br><br> v. <br><br> ASH GROVE CEMENT COMPANY, a Delaware corporation; GOODMAN CONVEYOR COMPANY; and JOHN DOES 1-12, <br><br> Defendants. | CASE NO. C15-1561-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant TPI Engineered Systems, Inc.'s motion to file an amended answer (Dkt. No. 72). TPI seeks to amend its answer to add two affirmative defenses in response to information not previously available. (*Id.* at 2.) Under Fed. R. Civ. P. 15(a)(2), the Court should freely give leave to amend a pleading when justice so requires. TPI maintains it has been diligent in pursuing its defense and that an amendment would not cause any prejudice. (Dkt. No. 72 at 4-5.) There is no opposition to the motion. The Court construes this as "an admission that the motion has merit." *See* W.D. Wash. Local Civ. R. 7(b)(2).

Accordingly, the Court GRANTS the motion to amend (Dkt. No. 72). TPI shall file its amended answer within 14 days of this order.

DATED this 26th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C15-1561-JCC
PAGE - 2